1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA
10

11   RONALD F. MARTINEZ,                    Case No. 1:21-cv-01495-JLT (PC)

12                   Plaintiff,             **ORDER TO SUBMIT APPLICATION
                                            TO PROCEED *IN FORMA PAUPERIS*
13         v.                               OR PAY FILING FEE**

14   C. RODRIGUEZ,                          **45-DAY DEADLINE**

15                   Defendant.

16

17         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18   § 1983.  Plaintiff has not paid the $402.00 filing fee or apply to proceed in forma pauperis

19   ("IFP") pursuant to 28 U.S.C. § 1915.  Accordingly, within 45 days of the date of service of this

20   order, Plaintiff SHALL submit the attached application to proceed IFP completed and signed or,

21   in the alternative, pay the $402.00 filing fee for this action. No requests for extension of time will

22   be granted without a showing of good cause. Failure to comply with this order will result in

23   dismissal of this action.

24         The Clerk of Court is directed to attach an IFP application form to this order.

25

26   IT IS SO ORDERED.

27      Dated:   __October 8, 2021__        _____ /s/ Jennifer L. Thurston__
                                            CHIEF UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28