1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   RONALD F. MARTINEZ,                    )   Case No.: 1:21-cv-1495 JLT CDB
                                             )
12                  Plaintiff,               )   ORDER CONSTRUING PLAINTIFF'S MOTIONS
                                             )   FOR SCREENING AS MOTIONS FOR A STATUS
13        v.                                 )   UPDATE AND GRANTING THE REQUEST
                                             )
14   C. RODRIGUEZ,                           )
                                             )   (Docs. 22, 23, 26, and 27)
15                  Defendant.               )
                                             )
16   _____)

17        Plaintiff initiated this action seeking to hold the defendant liable for violations of his civil

18   rights pursuant to 42 U.S.C. § 1983.  (*See* Doc. 1.)  The Court has received several motions from

19   Plaintiff requesting that his complaint be screened, dating back to June 15, 2022, which the Court

20   construes as motions for status updates.

21        Plaintiff is advised that the Eastern District is one of the busiest courts in the country and

22   remains under a judicial emergency. The filing of multiple motions for status and screening—such as

23   those filed by Plaintiff in this action on June 15, 2022; August 18, 2022; January 30, 2023; and

24   February 21, 2023—further strains the limited resources of the Court.  Nevertheless, Plaintiff is

25   informed that the matter has been referred to a United States magistrate judge pursuant to 28 U.S.C. §

26   636(b)(1)(B) and Local Rule 302.  The current magistrate judge was assigned to the action in October

27   2022, immediately following his appointment to the position.  Plaintiff's complaint will be screened

28   pursuant to 28 U.S.C. § 1915 as soon as is practicable given the Court's extraordinary workload.

Accordingly, the Court **ORDERS**:

    1.      The motions construed as requests for status updates (Docs. 22, 23, and 26), are

           **GRANTED**.

    2.      Plaintiff's motion requesting a ruling on the previously filed matters (Doc. 27) is

           **GRANTED**.


IT IS SO ORDERED.

  Dated:   **February 23, 2023**

UNITED STATES DISTRICT JUDGE