UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>C. RODRIGUEZ,<br><br>Defendant. | Case No. 1:21-cv-01495-JLT-CDB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RULING<br><br>(Doc. 36) |

    Pending before the Court is the motion of Plaintiff Ronald F. Martinez to screen the "Fourth Amended Complaint." (Doc. 36.)[1] Plaintiff correctly attests in his supporting declaration that the as-yet screened amended complaint was filed on August 24, 2023.

    This Court does not have an expedited calendar. As of the date of this Order, the undersigned presides over approximately 90 active prisoner civil rights cases in various states of litigation, and more than 300 other civil cases. While the Court regrets the delays in the litigation of this action that are unavoidable given the tremendous judicial resource emergency experienced throughout this District, Plaintiff cites no authority – and the Court is aware of none – to persuade the undersigned that Plaintiff's case merits expedited or favored treatment to the detriment of other cases pending on the Court's docket.

///

///

---

[1] The operative complaint pending screening in fact is Plaintiff's first amended complaint (*see* Doc. 34.)

1    Accordingly, Plaintiff's motion to expedite is DENIED. Plaintiff's operative complaint
2  will be screened in due course.
3  IT IS SO ORDERED.

4    Dated:  **September 27, 2024**                                       _____
5                                                                              UNITED STATES MAGISTRATE JUDGE