UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>C. RODRIGUEZ,<br><br>    Defendant. | Case No.: 1:21-cv-01495-JLT-CDB<br><br>**ORDER SETTING SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE PROCEDURES**<br><br>**Pre-settlement call**: 9/9/2025 at 10:30 a.m.<br><br>**Settlement Conference**: 9/16/2025 at 1:00 p.m. via Zoom Videoconference |

Plaintiff Ronald F. Martinez is appearing pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

The parties have indicated a willingness to participate in an early settlement conference. (*See* Docs. 51 & 55.) The Court notes that another of Plaintiff's cases pending in the Fresno division of this Court, also assigned to the undersigned — *Martinez v. Parks, et al.*, case number 1:21-cv-01496-KES-CDB —has been scheduled for a settlement conference before Magistrate Judge Erica P. Grosjean. Moreover, defense counsel has previously indicated an interest in the possibility of a global settlement. (*See* Doc. 53.) Because Judge Grosjean is amenable to conducting a settlement conference in both actions filed in this division, the Court issues the following order.

Accordingly, it is **ORDERED** that:

1

2  1. The Court sets a **telephonic** pre-settlement conference for **September 9, 2025, at**
3  **10:30 a.m.**, before Magistrate Judge Erica P. Grosjean. Defense counsel shall email Judge
4  Grosjean's courtroom deputy at fnavarro@caed.uscourts.gov for the phone number and
5  access code. Defense counsel shall arrange for Plaintiff's participation. The Court will
6  also issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as
7  appropriate.
8  2. A settlement conference is scheduled to occur on **September 16, 2025, at 1:00 p.m.**,
9  before Judge Grosjean, via Zoom videoconference. Defense counsel shall arrange for
10  Plaintiff's participation. Prior to the conference, defense counsel shall email
11  Judge Grosjean's courtroom deputy at fnavarro@caed.uscourts.gov for the
12  Zoom videoconference connection information. The Court will also issue a writ of
13  *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.
14  3. Each party or a representative with full authority to negotiate and enter into a binding
15  settlement agreement shall participate in the conference. The failure of any counsel,
16  party, or authorized person subject to this order to participate in the conference may
17  result in the imposition of sanctions.
18  4. Consideration of settlement is a serious matter that requires thorough preparation prior
19  to the settlement conference. Participants in the conference must be prepared to
20  discuss the claims, defenses, and damages.
21  5. The parties shall engage in informal settlement negotiations as follows:
22  No later than **August 26, 2025**, Plaintiff shall submit to Defendant, by mail, a written
23  itemization of damages and a meaningful settlement demand, including a brief
24  explanation of why such settlement is appropriate, which shall not exceed 5 pages.
25  No later than **September 2, 2025**, Defendant shall respond, by mail or telephone,
26  with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief
27  explanation of why such settlement is appropriate. If settlement is achieved, the parties
28  shall file a Notice of Settlement as required by Local Rule 160.

6. If settlement is not achieved informally, the parties shall submit confidential settlement conference statements no later than **September 9, 2025**. Defendant shall email his or her statement to epgorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Erica P. Grosjean, 2500 Tulare Street, Room 1501, Fresno, CA 93721. Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves should not be filed with the court nor served on the opposing party.

7. The confidential settlement conference statements should be no longer than 5 pages in length and include:

    a. A brief summary of the facts of the case;

    b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

    c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

    d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

    e. A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on settlement, including the amount the party would offer and accept to settle (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

    f. An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions;

    g. A list of the individuals who will be attending the conference on the party's

        behalf, including names and, if appropriate, titles; and,

        h. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

8. The Clerk of Court is directed to serve a copy of this order on the Litigation Office at California State Prison - Centinela.

IT IS SO ORDERED.

Dated: **July 14, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

4